Entered on Docket
September 17, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

James F. Lewin (SBN 140268)
Renee M. Parker (SBN 256851)
THE MORTGAGE LAW FIRM, PLC
27455 Tierra Alta Way, Suite B
Temecula, California 92590
Telephone: (619) 465-8200
Facsimile: (951) 225-4073
Renee.parker@mtglawfirm.com
TMLF File No. 140224

Attorneys for Movant,
SETERUS, INC. as the authorized subservicer for
FEDERAL NATIONAL MORTGAGE ASSOCIATION
("FANNIE MAE"), its successors and/or assigns,

The following constitutes
the order of the court. Signed September 14, 2018

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA- OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>PRISCILLA S SIOSON,<br><br>Debtors. | Case No.: 18-40532<br>Chapter: 11<br><br>R.S. No. JFL - 90<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>Hearing:<br>Date: September 12, 2018<br>Time: 2:00 p.m.<br>Ctrm: 201<br>Location: 1300 Clay Street<br>Oakland, CA 94612 |

The Motion for Relief from the Automatic Stay of SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), ITS SUCCESSORS AND/OR ASSIGNS ("Movant") came on for a hearing before the Honorable Roger L. Efremsky on the above-referenced date at or around the above-referenced time. Appearances were made as noted in the record.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, upon review of the evidence presented, that the automatic stay of 11 U.S.C. § 362(a) is terminated as to the Debtor and the Debtor's bankruptcy estate pursuant to 11 U.S.C §362(d)(1) thereby permitting the Movant, its agents, successors, and all persons and entities acting on behalf of such parties to enforce all state law remedies against the real property located at 2260 DALTON RIDGE COURT, NORTH LAS VEGAS, NV 89031 ("Property"), as legally described in the Deed of Trust recorded on or about January 5, 2006 as Instrument No. 20060105-0002068 in the Official Records of the County Recorder of Clark County, Nevada, including, but not limited to, foreclosure and any actions necessary to obtain possession of the Property after foreclosure and/or to provide Debtor with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, refinance agreement or other loan workout/loss mitigation agreement and to enter into such agreement without further order of the Court.

IT IS FURTHER ORDERED that the 14-day period specified in Fed.R.Bankr.P. 4001(a)(3) is waived.

*** END OF ORDER***

COURT SERVICE LIST